### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| David Kajbo, Dalia Kajbo, | ) | **DEFAULT JUDGMENT** |
| | ) | |
| Plaintiff, | ) | CV 09-1206-PHX-MHM |
| | ) | |
| v. | ) | |
| | ) | |
| Maximum Recovery Solutions, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by

the Court's order filed this date, default judgment is hereby entered for the Plaintiffs and

against Defendant Maximum Recovery Solutions, Inc. as to each Plaintiff in the amount of

$5,000.00 as actual damages and $1,000.00 in statutory damages, for a total damages award

of $6,000.00 per plaintiff. FURTHER ORDERED awarding plaintiffs $3,907.60 in attorney's

fees and costs.

   JUDGMENT ENTERED this 20th day of May, 2010.

RICHARD H. WEARE
District Court Executive/Clerk

s/ S. Turner
By: Deputy Clerk
